IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARCELLA G. MILLER, | ) | No. C 09-4083 SBA (PR) |
| Petitioner, | )<br>) | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| v. | )<br>) | |
| PAUL COPENHAVER, Warden, et al., | )<br>) | |
| Respondents. | )<br>) | |

    Petitioner has filed a <u>pro se</u> petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. However, Petitioner did not pay the requisite $5.00 filing fee or file an application for leave to proceed <u>in forma pauperis</u> (IFP). On September 9, 2009, Petitioner filed her IFP application and the requisite documents. In support of her IFP application, Petitioner submitted information from her prison trust account, which shows that over the preceding six-month period the average amount of deposits each month to her account was $768.24 and the average monthly balance in her account was $124.00. In an Order dated December 17, 2009, the Court concluded that, based on this information, Petitioner is able to pay the $5.00 filing fee. The Court denied Petitioner's IFP application and directed her to pay the requisite $5.00 filing fee within thirty days of that Order. She was cautioned that the failure to pay the filing fee by the Court-ordered deadline would result in dismissal of this action.

    It has now been more than thirty days, and Petitioner has not responded. Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee. All pending motions are TERMINATED. The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Petitioner's case.

    IT IS SO ORDERED.

DATED: 1/25/10

                                                               SAUNDRA BROWN ARMSTRONG
                                                                United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MARCELLA G MILLER,

    Plaintiff,

v.

PAUL COPENHAVER et al,

    Defendant.

Case Number: CV09-04083 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 27, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marcella G. Miller
Reg. No. 70025-065
Satellite Prison Camp
5675 8th Street  Camp Parks
Dublin, CA 94568

Dated: January 27, 2010

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk